# United States District Court
# For The Western District of North Carolina
# Statesville Division

RALPH WILSON,

       Plaintiff(s),　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　CASE NO. 5:11CV11-3-RJC

MICHAEL BELL, ADMINISTRATOR,
PENDER CORRECTIONAL INSTITUTION,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 22, 2011, Order.

                                      Signed: February 22, 2011

                                      Frank G. Johns, Clerk
                                      United States District Court